In the Matter of the Application of PIONEER MILL COMPANY, LIMITED, to register and confirm its title to land situate at Lahaina, Island and County of Maui, State of Hawaii

No. 5053

July 6, 1972

RICHARDSON, C.J., MARUMOTO, ABE, LEVINSON, JJ., AND CIRCUIT JUDGE VITOUSEK IN PLACE OF KOBAYASHI, J., DISQUALIFIED

*Per Curiam.* The petitions for rehearing are denied without argument.

Marumoto, J., and Circuit Judge Vitousek having dissented from the opinion of the court, do not concur.

*Robert B. Bunn* and *Donald E. Scearce (Cades, Schutte, Fleming & Wright* of counsel)
and

*Alan C. Kay (Bortz, Case, Stack, Kay, Cronin & Clause* of counsel) for Bar Association of Hawaii as *Amicus Curiae* for the petitions.